■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALI MOHYUDDIN, Appellant. [604 NYS2d 738] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered July 30, 1992, convicting him of attempted grand larceny in the third degree and conspiracy in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to prove his guilt by legally sufficient evidence is unpreserved for appellate review *(see,* CPL 470.05 [2]). In any event, viewing the evidence adduced at the trial in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Bracken, J. P., Sullivan, Copertino and Pizzuto, JJ., concur.